IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHRISTOPHER F. GOAD, SR.,

    Plaintiff,

v.                        Civil Action No. 3:10CV326

WILLIAM R. GRAY,

    Defendant.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Goad's objections are OVERRULED;

2. The Report and Recommendation is ACCEPTED AND ADOPTED;

3. The action is DISMISSED; and,

4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Goad may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Order to Goad.

And it is so ORDERED.

                            /s/      REP

                          Robert E. Payne
                          Senior United States District Judge

Date: _November 12, 2010_
Richmond, Virginia